UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAVANNAH M. RODRIGUEZ,

    Plaintiff,

vs.

BULL CITY FINANCIAL
SOLUTIONS, INC., *et al.*,

    Defendants.

Case No. 3:25-cv-191

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

### ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

August 21, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge